# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

150888

In re Attorney Fees of JOHN W. UJLAKY

_____

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GILBERTO DELAROSA,
        Defendant,
and

JOHN W. UJLAKY,
        Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150888
COA: 316809
Kent CC: 05-011853-FH

On order of the Court, the application for leave to appeal the October 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015 _____

a0930



Clerk